1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   ERIK S. BLISS, Cal. Bar No. 184954
3  HAYLEY E. SINGER, Cal. Bar No. 227909
   501 West Broadway, 19th Floor
4  San Diego, California 92101-3598
   Telephone: 619-338-6500
5  Facsimile: 619-234-3815
   ebliss@sheppardmullin.com
6  hsinger@sheppardmullin.com

7  Attorneys for Defendant
   THE SPORTS AUTHORITY
8
   SCOTT N. JOHNSON, Cal. Bar No. 166952
9   5150 Fair Oaks Blvd., Suite 101
   Carmichael, CA 95608-5758
10 Telephone: 916-485-3516
   Facsimile: 916-481-4224
11 scottnjohnson@comcast.net

12 Attorney for Plaintiff

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16
17 SCOTT N. JOHNSON,                          Case No. 2:07-cv-01317-MCE-JFM

18              Plaintiff,                    [Complaint Filed: July 5, 2007]

19      v.
                                              **ORDER FOR EXTENSION OF
20 TSA STORES, INC., individually,            TIME TO ANSWER OR
   d.b.a. THE SPORTS AUTHORITY;               OTHERWISE RESPOND TO
21 SACRAMENTO G & I, INC., A                  PLAINTIFF'S COMPLAINT**
   CALIFORNIA CORPORATION,

22              Defendants.

23
24
25
26
27
28

**O R D E R**

The Court hereby extends the date upon which Defendant TSA may respond to Plaintiff's Complaint from August 7, 2007 to September 12, 2007.

IT IS SO ORDERED.

DATED:  August 1, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE