```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>      Plaintiff,<br><br>   v.<br><br>TSA Stores, Inc., Individually and d/b/a SPORTS AUTHORITY;<br><br>Sacramento G & I, Inc.;<br><br>Michelle Lisa Paskin,<br><br>      Defendants | Case No. **2:07-cv-01317-MCE-JFM**<br><br>STIPULATION AND ORDER REQUEST FOR EXTENSION OF TIME UNTIL OCTOBER 12, 2007 FOR DEFENDANT TSA STORES, INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendant TSA Stores, Inc.; by and through their respected attorneys of record (Scott N. Johnson; Hayley E. Singer), stipulate as follows:

REQUEST FOR EXTENSION OF TIME - 1

1. One extension of time has been previously obtained until September 12, 2007.
2. Defendant TSA Stores, Inc. is granted another extension until October 12, 2007 to answer or otherwise plead reference to Plaintiff's complaint.
3. Defendant TSA Stores, Inc. answer will be due no later than October 12, 2007.

IT IS SO STIPULATED effective as of August 27, 2007

Dated:   August 27, 2007         /s/Hayley E. Singer____
                                 Hayley E. Singer,
                                 Attorney for Defendant,
                                 TSA Stores, Inc.


Dated:   August 27, 2007         /s/Scott N. Johnson ____
                                 Scott N. Johnson,
                                 Plaintiff, In Pro Per

**IT IS SO ORDERED:** that Defendant, TSA Stores, Inc. has up to and including October 12, 2007 to respond to Plaintiff, Scott N. Johnson's complaint.

Dated: September 11, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE